JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SHMUEL EISENBACH

## DEFENDANTS
ERNST & YOUNG U.S. LLP

**(b)** County of Residence of First Listed Plaintiff: **Montgomery**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Philadelphia**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lane J. Schiff, Esquire
Console Mattiacci Law LLC, 1525 Locust Street, 9th Floor
Philadelphia, PA 19102   215-545-7676

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. § 2000e, et seq. ("Title VII"); 29 U.S.C. §2601, et seq. ("FMLA"); 43 P.S. §951, et seq.;Philadelphia Fair Practices Ordinance, Phila. Code §9-1101, et seq. ("PFPO").
Brief description of cause:
Plaintiff brings this action against his former employer for unlawful discrimination.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ in excess of $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: **April 20, 2018**
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

UNITED STATES DISTRICT COURT   APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: **Penn Valley, PA 19072**

Address of Defendant: **2005 Market Street, Philadelphia, PA 19103**

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☐   No ☒

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒

RELATED CASE, IF ANY:

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, **Lane J. Schiff, Esquire**, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: **April 20, 2018**   _____   314179
                          Attorney-at-Law              Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **April 20, 2018**   _____   314179
                          Lane J. Schiff, Esquire

APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **SHMUEL EISENBACH** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ERNST & YOUNG U.S. LLP | : | |
| **Defendant.** | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

| | | |
|---|---|---|
| April 20, 2018 | *[signature]* | Lane J. Schiff, Esquire, Attorney for Shmuel Eisenbac |
| Date | Attorney-at-law | Attorney for Plaintiff |
| (215) 545-7676 | (215) 405-2964 | schiff@consolelaw.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHMUEL EISENBACH<br>Penn Valley, PA 19072<br><br>  Plaintiff,<br><br>v.<br><br>ERNST & YOUNG U.S. LLP<br>2005 Market Street<br>Philadelphia, PA 19103<br><br>  Defendant. | CIVIL ACTION NO.<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## CIVIL ACTION COMPLAINT

### I. INTRODUCTION

Plaintiff, Shmuel Eisenbach, brings this action against his former employer, Ernst & Young U.S. LLP, for unlawful discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), the Family and Medical Leave Act, 29 U.S.C. §2601, *et seq.* ("FMLA"), the Pennsylvania Human Relations Act, as amended, 43 P.S. §951, *et seq.* (hereinafter "PHRA"), and the Philadelphia Fair Practices Ordinance, Phila. Code §9-1101, *et seq.* ("PFPO"). Plaintiff seeks damages, including back-pay, front-pay, compensatory, punitive, liquidated, costs and attorneys' fees, and all other relief that this Court deems appropriate.

### II. PARTIES

1.   Plaintiff, Shmuel Eisenbach, is an individual and a resident of the Commonwealth of Pennsylvania. He resides in Penn Valley, Pennsylvania.

2. At all times material hereto, Plaintiff was employed for at least twelve hundred and fifty (1,250) hours of service during the (12) month period preceding Defendant's decision to terminate his employment.

3. Defendant, Ernst & Young U.S. LLP, is a corporation, which is maintains a place of business in Philadelphia, Pennsylvania.

4. At all times material hereto, Defendant employed more than fifty (50) employees.

5. At all times material hereto, Defendant acted by and through their authorized agents, servants, workmen, and/or employees acting within the course and scope of their employment with Defendant and in furtherance of Defendant's business.

6. At all times material hereto, Defendant was an employer within the meanings of Title VII, the FMLA, PHRA, and PFPO.

7. At all times material hereto, Plaintiff was an employee within the meanings of Title VII, the FMLA, PHRA, and PFPO.

### III.  JURISDICTION AND VENUE

8. The causes of action that form the basis of this matter arise under Title VII, the FMLA, PHRA, and PFPO.

9. The District Court has jurisdiction over Count I (Title VII) and Count II (FMLA) pursuant to 28 U.S.C. §1331.

10. The District Court has supplemental jurisdiction over Count III (PHRA) and Court IV (PFPO) pursuant to 28 U.S.C. §1367.

11. Venue is proper in the District Court pursuant to 28 U.S.C. §1391(b) and 42 U.S.C. § 2000e-5(f).

2

12. On or about October 28, 2016, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), complaining of the acts of discrimination alleged herein ("Charge"). Attached hereto, incorporated herein, and marked as Exhibit "A" is a true and correct copy of the EEOC Charge of Discrimination (with personal identifying information redacted).

13. On January 23, 2018, the EEOC issued to Plaintiff a Dismissal and Notice of Rights. Attached hereto, incorporated herein, and marked as Exhibit "B" is a true and correct copy of this notice (with minor redactions for purposes of electronic filing of confidential/identifying information).

14. Plaintiff is filing this complaint within ninety (90) days from his receipt of this notice.

15. Plaintiff has fully complied with all administrative prerequisites for the commencement of this action.

## IV. FACTUAL ALLEGATIONS

16. Plaintiff worked for Defendant from in or about June of 2006 until on or about June 1, 2016, the date of his unlawful termination.

17. Plaintiff held the position of Senior Manager and consistently performed his job duties in a competent manner.

18. On February 7, 2016, Plaintiff's wife gave birth to their child.

19. In connection with the birth of his child, Plaintiff took a leave of absence pursuant to the FMLA from February 8, 2016 through February 22, 2016.

20. On or about May 4, 2016, Plaintiff requested of Defendant to take an additional leave of absence pursuant to the FMLA, in connection with the birth of his child.

3

21. Merely six (6) days later, on or about May 10, 2016, Defendant informed Plaintiff that his employment had been terminated, effective June 1, 2016.

22. Defendant's articulated reason for Plaintiff's termination was poor performance.

23. However, Plaintiff had consistently received satisfactory performance reviews and had never been disciplined for his performance.

24. Defendant has not terminated other female Senior Managers who took a leave of absence in connection with the birth of a child.

25. Defendant's articulated reason for termination is a pretext.

26. Plaintiff's sex (male) was a motivating and/or determinative factor in the decision to terminate his employment.

27. Plaintiff's use of and/or request for protected leave under the FMLA was a motivating and/or determinative factor in connection with Defendant's decision to terminate Plaintiff's employment.

28. Defendant interfered with Plaintiff's ability to use protected leave.

29. Defendant retaliated against Plaintiff for using and/or requesting protected leave.

30. As a direct and proximate result of the unlawful conduct of Defendant complained of herein, Plaintiff has in the past incurred and in the future will incur a loss of earnings and/or earning capacity, loss of benefits, pain and suffering, embarrassment, humiliation, loss of self-esteem, mental anguish, and/or loss of life's pleasures, the full extent of which is not known at this time.

31. As a direct and proximate result of Defendant's unlawful behavior, Plaintiff has suffered the damages and losses set forth herein and has incurred attorneys' fees and costs.

32. Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of the unlawful behavior complained of herein unless and until this Court grants the relief requested herein.

### COUNT I – Title VII

33. Plaintiff incorporates herein by reference the paragraphs above, as if set forth herein in their entirety.

34. By committing the foregoing acts of discrimination against Plaintiff, Defendant violated Title VII.

35. Defendant acted with malice or a reckless indifference to Plaintiff's rights, thereby warranting the imposition of punitive damages.

36. As a direct and proximate result of Defendant's violation of Title VII, Plaintiff has suffered the injuries, damages, and losses set forth herein.

37. Plaintiff is entitled to all costs and attorneys' fees incurred as a result of the unlawful behavior complained of herein.

38. No previous application has been made for the relief requested herein.

### COUNT II - FMLA

39. Plaintiff incorporates herein by reference the paragraphs above, as if set forth herein in their entirety.

40. By committing the foregoing acts against Plaintiff, Defendant violated the FMLA.

41. Defendant, by terminating Plaintiff for the use of and/or request for protected leave, has discriminated against Plaintiff, retaliated against Plaintiff, and interfered with Plaintiff's right to use protected leave, in violation of the FMLA.

42. Defendant knew and/or showed reckless disregard as to whether the foregoing acts were in violation of the FMLA, thereby warranting the imposition of liquidated damages.

43. As a direct and proximate result of Defendant's violation of the FMLA, Plaintiff has suffered the injuries, damages, and losses set forth herein.

44. Plaintiff is entitled to all costs and attorneys' fees incurred as a result of the unlawful behavior complained of herein.

45. No previous application has been made for the relief requested herein.

## COUNT III – PHRA

46. Plaintiff incorporates herein by reference the paragraphs above, as if set forth herein in their entirety.

47. By committing the foregoing acts of discrimination against Plaintiff, Defendant's violated the PHRA.

48. As a direct and proximate result of Defendant's violation of the PHRA, Plaintiff has sustained the injuries, damages, and losses set forth herein.

49. Plaintiff is entitled to all costs and attorneys' fees incurred as a result of the unlawful behavior complained of herein.

50. No previous application has been made for the relief requested herein.

## COUNT IV - PFPO

51. Plaintiff incorporates herein by reference the paragraphs above, as if set forth herein in their entirety.

52. By committing the foregoing acts of discrimination against Plaintiff, Defendant has violated the PFPO.

53. Defendant acted willfully and intentionally, and with malice and/or reckless indifference to Plaintiff's rights, thereby warranting the imposition of punitive damages.

54. As a direct and proximate result of Defendant's violation of the PFPO, Plaintiff has sustained the injuries, damages, and losses set forth herein.

55. Plaintiff is entitled to all costs and attorneys' fees incurred as a result of the unlawful behavior complained of herein.

56. No previous application has been made for the relief requested herein.

### RELIEF

WHEREFORE, Plaintiff seeks damages and legal and equitable relief in connection with Defendant's improper conduct, and specifically prays that the Court grant the following relief to the Plaintiff by:

a. declaring the acts and practices complained of herein to be a violation of the Title VII;

b. declaring the acts and practices complained of herein to be a violation of the FMLA;

c. declaring the acts and practices complained of herein to be in violation of the PHRA;

d. declaring the acts and practices complained of herein to be in violation of the PFPO;

e. enjoining and restraining permanently the violations alleged herein;

f. awarding Plaintiff back-pay;

g. awarding Plaintiff front-pay;

h. awarding interest;

      i.      awarding compensatory damages to Plaintiff for past and future emotional upset and pain and suffering;

      j.      awarding liquidated damages;

      k.      awarding punitive damages;

      l.      awarding Plaintiff the costs of this action, together with reasonable attorneys' fees;

      m.      awarding Plaintiff such other damages as are appropriate under Title VII, the FMLA, PHRA, and PFPO; and

      n.      granting such other and further relief as this Court deems appropriate.

**CONSOLE MATTIACCI LAW**

Date: April 20, 2018      By: _/s/ Stephen G. Console_____

STEPHEN G. CONSOLE
LANE J. SCHIFF
1525 Locust Street
Philadelphia, PA 19102
(215) 545-7676
(215) 405-2964 (fax)

Attorneys for Plaintiff,
Shmuel Eisenbach

8

# EXHIBIT A

530-2017-00748

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See privacy statement before consolidating this form. | FEPA<br>x  EEOC | |
| STATE OR LOCAL AGENCY: PHRC | | |

RECEIVED '16 OCT 28 PM 2:5[?]

| NAME (Indicate Mr., Ms., Mrs.)<br>Shmuel Eisenbach | HOME TELEPHONE NUMBER (Include Area Code) | |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP<br>Penn Valley, PA 19072 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP, COMMITTEE, STATE OF LOCAL GOVERNMENT WHO DISCRIMINATED AGAINST ME (If more than one than list below)

| NAME<br>Ernst & Young U.S. LLP | NUMBER OF EMPLOYEES<br>100+ | TELEPHONE (Include Area Code) |
|---|---|---|
| STREET ADDRESS<br>2005 Market St. | CITY, STATE AND ZIP<br>Philadelphia, PA 19103 | COUNTY<br>Philadelphia |

| CAUSE OF DISCRIMINATION (Check appropriate box(es))<br>Race   Color   xx Sex   Religion   National Origin<br>Retaliation   Age   Disability   Other (Specify) | DATE DISCRIMINATION TOOK PLACE<br>Earliest             Latest<br>                       June 1, 2006 |
|---|---|

THE PARTICULARS ARE:

A.   1. I worked for Respondent from June of 2006 until June 1, 2016, the date of my unlawful termination. I held the position of Senior Manager and consistently performed my job duties in a competent manner.

   2. Respondent has discriminated against based on my sex (male). Evidence of Respondent's unlawful conduct includes, but is not limited to the following:

   a) On February 7, 2016, my wife gave birth to our child. I informed Respondent of the same.

   b) In connection with the birth of my child, on May 4, 2016, I requested to take a leave of absence pursuant to the Family Medical Leave Act, 29 U.S.C. §2601 *et seq.* ("FMLA").

   c) I informed Respondent of the same.

   d) Merely six (6) days later, on or about May 10, 2016, Respondent informed me that my employment had been terminated, effective June 1, 2016.

| X I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY - (when necessary for State and Local Requirements)<br>I swear of affirm that I have read the above charge and that it is true to the best of my knowledge information and belief. |
|---|---|
| I declare under penalty or perjury that the foregoing is true and correct. | |
| 10/28/16<br>Date    Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day Month and year) |

EEOC Charge of Discrimination
Page 2 of 2

    e) Respondent's articulated reason or my termination was poor performance. However, I never received a negative performance rating. Furthermore, I had never been placed on a performance improvement plan.

    f) Respondent has not terminated other female Senior Managers who took a leave of absence in connection with the birth of a child, including Rebecca Pellini.

B. Respondent's Stated Reasons

    1) Respondent's stated reason for the termination of my employment is a pretext for discrimination.

C.    I believe that Respondent has discriminated against me based on my sex (male) in violation of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e, *et seq.* ("Title VII") as set forth herein. Respondent further terminated me in violation of the FMLA.

## INFORMATION FOR COMPLAINANTS & ELECTION OPTION TO DUAL FILE WITH THE PENNSYLVANIA HUMAN RELATIONS COMMISSION

### Shmuel Eisenbach v. Ernst & Young U.S. LLP

EEOC No. 530-2017-00748

You have the right to file this charge of discrimination with the Pennsylvania Human Relations Commission (PHRC) under the Pennsylvania Human Relations Act. Filing your charge with PHRC protects your state rights, especially since there may be circumstances in which state and federal laws and procedures vary in a manner which would affect the outcome of your case.

Complaints filed with the PHRC must be filed within 180 days of the act(s) which you believe are unlawful discrimination. If PHRC determines that your PHRC complaint is untimely, it will be dismissed.

If you want your charge filed with the PHRC, including this form as part of your EEOC charge, with your signature under the verification below, will constitute filing with the PHRC. You have chosen EEOC to investigate your complaint, so PHRC will not investigate it and, in most cases, will accept EEOC's finding. If you disagree with PHRC's adoption of EEOC's finding, you will have the chance to file a request for preliminary hearing with PHRC.

Since you have chosen to file your charge first with EEOC, making it the primary investigatory agency, the Respondent will not be required to file an answer with PHRC, and no other action with PHRC is required by either party, unless/until otherwise notified by PHRC.

If your case is still pending with PHRC after one year from filing with PHRC, you have the right to file your complaint in state court. PHRC will inform you of these rights and obligations at that time.

**[Sign and date appropriate request below]**

__X__ I want my charge filed with PHRC. I hereby incorporate this form and the verification below into the attached EEOC complaint form and file it as my PHRC complaint. I request EEOC to transmit it to PHRC.

__X__ *I understand that false statements in this complaint are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.*

X _____  10/27/16
   Signature and Date

____ I do not want my charge dual filed with PHRC

_____
Signature and Date

# EXHIBIT B

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Shmuel Eisenbach
Penn Valley, PA 19072

From: Philadelphia District Office
801 Market Street
Suite 1300
Philadelphia, PA 19107

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2017-00748 | Legal Unit, Legal Technician | (215) 440-2828 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Jamie R. Williamson,
District Director

1/23/18
(Date Mailed)

Enclosures(s)

cc: ERNST & YOUNG LLP
Lisa Swanson (For Respondent)
Assistant General Counsel
General Counsel's Office
5 Times Square
New York, NY 10036

Lane J. Schiff, Esq. (for Charging Party)
CONSOLE LAW
1525 Locust Street
9th floor
Philadelphia, PA 19102