# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHMUEL EISENBACH<br><br>v.<br><br>ERNST & YOUNG U.S. LLP | CIVIL ACTION<br><br>NO. 18-1679 |

## ORDER

**AND NOW**, this 15th day of October, 2018, upon a review of Defendant's Motion to Compel Arbitration (ECF 5), Plaintiff's Response thereto (ECF 6), and Defendant's reply thereto (ECF 7), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is **GRANTED**.

It is further ORDERED that all proceedings are **STAYED** until further Order of the Court as follows:

1. The case shall be transferred to the Civil Suspense File;

2. The Clerk of the Court shall mark this case closed for statistical purposes;

3. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court;

4. Counsel shall provide a written status report to the Court every six (6) months; and

5. The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J

O:\CIVIL 18\18-1679 Eisenbach v. Ernst & Young\18cv1679 Mtn to Compel Arb Order.docx